UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUDY GRIFFITH, | § | No. 1:23-CV-1258-DAE |
| Plaintiff, | § | |
| v. | § | |
| STARBUCKS CORPORATION DOING BUSINESS AS STARBUCKS COFFEE COMPANY, | § | |
| Defendant. | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the status of the above-captioned case. On December 13, 2023, the Court entered an Order which stated that the Applicant for Admission to this Court Pro Hac Vice should file a motion to dismiss this case or a stipulation of dismissal on her client's behalf within thirty days of that Order, otherwise Applicant shall file another motion for admission Pro Hac Vice. (Dkt. # 12.) Thirty days passed and nothing was filed by Applicant on the docket of this Court. Thereafter, the Court ordered the Applicant to submit a status report, dismissal papers, or a subsequent motion for pro hac vice on or before Friday, February 2, 2024. (Dkt. # 13.) The Court warned that failure to do so would result in dismissal of this action without prejudice for failure to prosecute or failure to comply with an order of this Court. (Id.) That date has now passed, and nothing

was filed on the docket of this Court.  Accordingly, the Court will now **DISMISS WITHOUT PREJUDICE** this case.  The Clerk's Office is **INSTRUCTED TO CLOSE THE CASE**.

       **IT IS SO ORDERED.**

       **DATED:** Austin, Texas, February 5, 2024.

_____
David Alan Ezra
Senior United States District Judge